DECEMBER 29, 1995

No. 95–1002. HANNA ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 3d Cir. Certiorari as to Question II dismissed under this Court's Rule 46.1.

No. 94–2104. LIBERTY NATIONAL LIFE INSURANCE CO. *v.* MCALLISTER. Sup. Ct. Ala. Certiorari dismissed under this Court's Rule 46.

JANUARY 2, 1996

No. 95–992. TURNER BROADCASTING SYSTEM, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. Appeal from D. C. D. C. Motion of appellants to expedite consideration of jurisdictional statement denied.

JANUARY 3, 1996

No. 95–7283 (A–548). CORRELL *v.* JABE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JANUARY 4, 1996

No. 94–1614. WISCONSIN *v.* CITY OF NEW YORK ET AL.;
No. 94–1631. OKLAHOMA *v.* CITY OF NEW YORK ET AL.; and
No. 94–1985. DEPARTMENT OF COMMERCE ET AL. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. [Certiorari granted, 515 U. S. 1190.] Motion of the Solicitor General to dispense temporarily with printing in these and other cases granted pending renewal of the Department of Justice's appropriations and contract authority.